**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARGUERITE KUROWSKI and BRENDA MCCLENDON, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUSH SYSTEM FOR HEALTH d/b/a RUSH UNIVERSITY SYSTEM FOR HEALTH,<br><br>*Defendant*. | Case No. 22 Civ. 5380 (MFK)<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR SUR-REPLY IN FURTHER OPPOSITION TO DEFENDANT'S RENEWED MOTION TO DISMISS** |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE THEIR SUR-REPLY IN FURTHER OPPOSITION TO DEFENDANT'S RENEWED MOTION TO DISMISS**

Plaintiff Marguerite Kurowski and Brenda McClendon ("Plaintiffs") respectfully move for leave to file their Sur-Reply in Further Opposition to Defendant's Renewed Motion to Dismiss.

"The decision whether to grant a motion for leave to file a surreply is within the Court's discretion." *Univ. Healthsystem consortium v. United Health Group, Incorporated*, 68 F Supp. 3d 917, 922 (N.D. Ill. 2014). "In some instances, allowing the filing of a surreply vouchsafes the aggrieved party's right to be heard and provides the court with the information necessary to make an informed decision." *Id.* (internal citations and quotations omitted). Surreplies are appropriate to address new arguments raised in a reply and correct mischaracterizations of arguments. *Id.*

In this instance, Plaintiffs' Sur-Reply is necessary to address an argument that Defendant raises for the first time in its Reply, which mischaracterizes Plaintiffs' argument and misstates the holding of the Ninth Circuit's decision in *Planned Parenthood Fed'n of Am., Inc. v. Newman*, 51 F.4th 1125 (9th Cir.

2022). Specifically, Defendant contends that Plaintiffs rely on a holding in *Planned Parenthood Fed'n of Am., Inc. v. Ctr. for Med. Progress*, 214 F. Supp. 3d 808 (N.D. Cal. 2016) that was rejected by the Ninth Circuit on appeal. This is incorrect. Plaintiffs cite a portion of the district court's decision in *Planned Parenthood* that was not the subject of or disturbed by the Ninth Circuit's decision.

Although Plaintiffs disagree with other portions of Defendant's Reply, Plaintiffs' Sur-Reply solely addresses *Planned Parenthood* to avoid the fundamental unfairness that would result if Rush's unsupportable late argument goes unrebutted. The proposed Sur-Reply is attached here as Exhibit 1, along with a Proposed Order, attached as Exhibit 2. For the foregoing reasons, Plaintiffs respectfully request that the Court grant Plaintiffs leave to file the instant Sur-Reply.

Dated: June 12, 2023

Respectfully submitted,

/s/ Jason O. Barnes
**SIMMONS HANLY CONROY**
Jason 'Jay' Barnes
Eric S. Johnson
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
ejohnson@simmonsfirm.com

**DICELLO LEVITT LLC**
David A. Straite*
Corban Rhodes
485 Lexington Ace., 10th Floor
New York, New York 10017
Tel.: (646) 933-1000
Fax.: (646) 494-9648
dstraite@dicellolevitt.com
crhodes@dicellolevitt.com

**DICELLO LEVITT LLC**
Adam J. Levitt
Amy E. Kelloer
Nada Djordjevic
Sharon Cruz
Ten North Dearborn St., Sixth Floor
Chicago, Illinois 60602

Tel.: (312) 214-7900
Fax.: (312) 253-1443
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
scruz@dicellolevitt.com

***Attorneys for Plaintiffs***
*Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of June, 2023, I electronically filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system which will send a notification to all counsel of record in this Action.

/s/ Jason O. Barnes