**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARGUERITE KUROWSKI and BRENDA MCCLENDON, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUSH SYSTEM FOR HEALTH d/b/a RUSH UNIVERSITY SYSTEM FOR HEALTH,<br><br>*Defendant*. | Case No. 22 Civ. 5380 (MFK)<br><br>**PLAINTIFFS' SUR-REPLY IN FURTHER OPPOSITION TO DEFENDANT'S RENEWED MOTION TO DISMISS** |

**PLAINTIFF' SUR-REPLY IN FURTHER OPPOSITION TO DEFENDANT'S RENEWED MOTION TO DISMISS**

Plaintiffs Marguerite Kurowski and Brenda McClendon ("Plaintiffs") submit this Sur-Reply in Further Opposition to Defendant's Renewed Motion to Dismiss (ECF No. 50). On June 2, 2023, Defendant Rush System for Health ("Defendant") filed its Reply Brief in support of its Renewed Motion to Dismiss (ECF No. 52) (the "Reply"). Defendant's Reply raises new arguments that rely on and misstate the holding of the Ninth Circuit's decision in *Planned Parenthood Fed'n of Am., Inc. v. Newman*, 51 F.4th 1125 (9th Cir. 2022). Plaintiffs file this Sur-Reply to correct these inaccuracies.

In their Opposition to Defendant's Renewed Motion to Dismiss, Plaintiffs cite *Brown v. Google LLC*, 525 F. Supp. 3d 1049 (N.D. Cal. 2021) and *Planned Parenthood Fed'n of Am., Inc. v. Ctr. for Med. Progress*, 214 F. Supp. 3d 808 (N.D. Cal. 2016). Plaintiffs cite these cases for their holdings that a defendant's premeditated disclosure and use of intercepted communications in a manner that violates state law demonstrate a defendant's criminal or tortious intent under § 2511(2)(d) of the ECPA. *See* ECF No. 51, p. 5, 7.

Defendant's Reply erronesouly claims that *Brown* and *Planned Parenthood* are flawed because *Brown* relied on *Planned Parenthood*, which was "rejected by the Ninth Circuit on ultimate appeal." ECF No. 52, p. 2. Defendant misconstrues Plaintiffs' argument and misstates the relevant facts and holdings of the case law. Plaintiffs cite *Planned Parenthood* for its holding that the "subsequent disclosures of the contents of the intercepted conversations for the alleged purpose of further invading the privacy of plaintiffs' staff satisfies" the exception in § 2511(2)(d). ECF No. 51, p. 7. The Ninth Circuit neither considered nor disturbed this holding on appeal. *See Planned Parenthood Fed'n of Am., Inc. v. Newman*, 51 F.4th 1125 (9th Cir. 2022). Instead, after fact discovery, Planned Parenthood apparently abandoned its theory that the defendant's criminal or tortious purpose was to further invade the privacy of the Planned Parenthood staff. Instead, Planned Parenthood submitted evidence that the defendant's criminal or tortious purpose was to further a RICO conspiracy. *Id.* at 1135. But the defendant also argued that the alleged Wiretap Act violation was the predicate act for its RICO claim. *Id.* at 1136. In other words, Planned Parenthood argued that the RICO violation was the predicate act to satisfy the "criminal or tortious intent" exception for the Wiretap Act, and that the Wiretap Act was the predicate act for RICO. *Id.* Not surprisingly, the Ninth Circuit rejected this circular logic. *Id.* But the Ninth Circuit did not disturb the holding that an interception that occurs for the purpose of making "subsequent disclosures of the contents of the intercepted conversations for the alleged purpose of further invading the privacy of plaintiffs' staff satisfies" § 2511(2)(d). *Planned Parenthood*, 214 F. Supp. 3d at 828. Defendant's contention that this holding was "rejected by the Ninth Circuit" is simply incorrect.

Dated: June 13, 2023

Respectfully Submitted,

/s/ Jason O. Barnes
**SIMMONS HANLY CONROY**
Jason 'Jay' Barnes
Eric S. Johnson

112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
ejohnson@simmonsfirm.com

**DICELLO LEVITT LLC**
David A. Straite*
Corban Rhodes
485 Lexington Ace., 10th Floor
New York, New York 10017
Tel.: (646) 933-1000
Fax.: (646) 494-9648
dstraite@dicellolevitt.com
crhodes@dicellolevitt.com

**DICELLO LEVITT LLC**
Adam J. Levitt
Amy E. Kelloer
Nada Djordjevic
Sharon Cruz
Ten North Dearborn St., Sixth Floor
Chicago, Illinois 60602
Tel.: (312) 214-7900
Fax.: (312) 253-1443
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
scruz@dicellolevitt.com

***Attorneys for Plaintiffs***
**Pro hac vice*