**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | | |
|---|---|---|
| MARGUERITE KUROWSKI and BRENDA MCCLENDON, individually and on behalf of all others similarly situated, | ) | Case No. 1:22-cv-05380 |
| Plaintiffs, | ) | The Honorable Matthew F. Kennelly, Judge |
| v. | ) | |
| RUSH SYSTEM FOR HEALTH d/b/a RUSH UNIVERSITY SYSTEM FOR HEALTH, | ) | **NOTICE OF SUPPLEMENTAL AUTHORITY** |
| Defendant. | ) | |

In its briefing on the motion to dismiss plaintiffs' amended complaint defendant Rush System for Health cited *Dinerstein v. Google, LLC*, 484 F. Supp. 3d 561, 583-84 (N.D. Ill. 2020), *7th Cir. appeal pending*, Case No. 20-3134 (Nov. 2, 2020). (Dkt. 50, Mem. in Supp. 7, 9; Dkt. 52, Rep. Br. 6, 8.) The Seventh Circuit issued its opinion in the case on Tuesday. *See Dinerstein v. Google, LLC*, --- F.4th ----, 2023 WL 4446475 (7th Cir. July 11, 2023). The appellate court affirmed the dismissal of Dinerstein's complaint in its entirety for lack of standing under Rule 12(b)(1). *Id.* at *1, 14. In a footnote, the appellate court stated:

> Even if Dinerstein's asserted privacy injury—past or future—were sufficient to support standing (it is not), we see no reason to disturb the judge's decision not to recognize a novel claim for breach of medical confidentiality. Illinois courts have not yet weighed in on the issue, and "it is not our role to break new ground in state law."

*Id.* at *8 n.4 (quoting *Roppo v. Travelers Com. Ins. Co.*, 869 F.3d 568, 596 (7th Cir. 2017)); *see also id.* at *9-10 (rejecting injury-in-fact based on alleged overpayment or loss of value).

Rush has not challenged plaintiffs' standing to sue under Rule 12(b)(1), an issue going to the subject matter jurisdiction of the Court. Should the Court desire supplemental briefing on this question in light of the Seventh Circuit's decision in *Dinerstein*, Rush is available to provide this briefing expeditiously at the convenience of the Court.

A copy of the *Dinerstein* opinion is attached as Exhibit A to this filing.

Dated: July 13, 2023

Respectfully submitted,

By: */s/* David Carney
*Counsel for Defendant Rush System for Health*

Bonnie Keane DelGobbo
bdelgobbo@bakerlaw.com
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 416-6200
Facsimile: (312) 416-6201
Firm No. 46365

David A. Carney
dcarney@bakerlaw.com
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: (216) 861-7634

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 13, 2023, a true and correct copy of the foregoing Notice of Supplemental Authority was served on counsel of record via the Court's electronic filing system.

*/s/* David Carney
*Counsel for Defendant Rush System for Health*