**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARGUERITE KUROWSKI and BRENDA MCCLENDON, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUSH SYSTEM FOR HEALTH d/b/a RUSH UNIVERSITY SYSTEM FOR HEALTH,<br><br>*Defendant*. | Case No. 22 Civ. 5380 (MFK) |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully submit the attached supplemental authority in support of their Motion for Leave to Amend (Dkt. 67). Plaintiffs were unaware of the following cases at the time they filed their Motion for Leave. Plaintiffs now provide them for the Court's consideration. Each case held the plaintiffs stated claims for violations of the ECPA, analogous state laws, and/or common-law privacy rights based on disclosures or interceptions of the health information alleged here.

- *Doe v. Boston Med. Center Corp.*, No. 2384CV00326-BLS-1 (Mass. Super. Ct. Sept. 14, 2023) (**Exhibit 1**)
- *Doe v. The Children's Hosp. Corp.*, No.2384CV00411-BLS-1 (Mass. Super. Ct. Sept. 14, 2023) (**Exhibit 2**)
- *Yockey v. Salesforce, Inc.*, 2023 WL 5519323 (N.D. Cal. Aug. 25, 2023) (**Exhibit 3**)
- *Stake v. Knox Community Hosp.*, 2023 WL 5719594 (Ohio Com. Pl. Aug. 24, 2023) (**Exhibit 4**)

Given the substantial overlap in factual allegations and legal theories, Plaintiffs respectfully submit the aforementioned cases as supplemental authority, which add to the overwhelming authority of cases [1] denying motions to dismiss nearly identical claims in nearly identical circumstances.

Dated: October 9, 2023

Respectfully submitted,

*/s/ Corban Rhodes*

**DICELLO LEVITT LLP**
David A. Straite*
Corban Rhodes
485 Lexington Ave., 10th Floor
New York, New York 10017
Tel.: (646) 933-1000
Fax.: (646) 494-9648
dstraite@dicellolevitt.com
crhodes@dicellolevitt.com

**DICELLO LEVITT LLP**
Adam J. Levitt
Amy E. Keller
Nada Djordjevic
Sharon Cruz
Ten North Dearborn St., Sixth Floor
Chicago, Illinois 60602
Tel.: (312) 214-7900
Fax.: (312) 253-1443
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
scruz@dicellolevitt.com

[1] *Doe v. Regents of Univ. of California*, 2023 WL 3316766 (N.D. Cal. May 8, 2023); *Doe v. Meta Platforms, Inc.*, 2023 WL 5837443 (N.D. Cal. Sept. 7, 2023); *Doe v. Boone Health, Inc.*, 2023 WL 4996117 (Mo. Cir. Ct. Jul. 20, 2023); *Doe v. Meritas*; Case No. 22CY-CV11296 (Mo. Cir. Ct. Jul. 26, 2023); *Doe v. MedStar*, No. 24-C-20-000591 OG (MD Cir. Ct. Aug. 5, 2020); *Doe v. Virginia Mason*, No. 19-2-26674-1 SEA (WA Super. Ct. Feb. 12, 2020); *Doe v. Partners*, No. 1984CV01651 (MA Super. Ct.); *Doe v. UH*, No. CV 20 933357 (Ohio Com. Pl. Nov. 16, 2020 & June 25, 2023); *Doe v. Bon Secours Mercy Health*, 2021 WL 9939010 (Ohio Com. Pl. Nov. 23, 2021); *Doe v. Sutter Health*, Case No. 34-2019-00258072-CU-BT-GDS (Ca. Super. Ct. June 8, 2022); *Cyr v. Orlando Health,* No. 8:23-cv-588, ECF No. 37 (M.D. Fl. July 5, 2023) (**Exhibit 5**); *Barbour v. John Muir Health*, 2023 WL 2618967, at *9 (Cal. Super. Ct. Jan. 05, 2023); *Bustos v. Riverside Medical Clinic*, CVRI2203466 (Cal. Super. Jan. 30, 2023) (**Exhibit 6**).

**SIMMONS HANLY CONROY**
Jason 'Jay' Barnes
Eric S. Johnson
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
ejohnson@simmonsfirm.com

***Attorneys for Plaintiffs***

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October 2023, I electronically filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system which will send a notification to all counsel of record in this Action.

/s/*Corban Rhodes*