**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | | |
|---|---|---|
| MARGUERITE KUROWSKI and BRENDA MCCLENDON, individually and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | Case No. 1:22-cv-05380 |
| v. | ) | The Honorable Matthew F. Kennelly, Judge |
| RUSH SYSTEM FOR HEALTH d/b/a RUSH UNIVERSITY SYSTEM FOR HEALTH, | ) | **NOTICE OF SUPPLEMENTAL AUTHORITY** |
| Defendant. | ) | |

Defendant Rush System for Health respectfully submits the decision in *John Doe I v. Google LLC*, 2023 WL 6882766 (N.D. Cal. Oct. 18, 2023), as supplemental authority in opposition to plaintiffs' second motion for leave to amend.

The plaintiff in *Doe I* argued the tortious or criminal conduct exception should apply because "Google acquired Plaintiffs' and Class Members' private health information with the requisite intent to violate 42 U.S.C. § 1320d-6; state unfair business practices statutes; Art. I, section 1 of the California Constitution; common law trespass upon Plaintiffs' personal and private property; and the California Comprehensive Data Access and Fraud Act." (*John Doe I v. Google LLC*¸ Case No. 3:23-cv-02431-VC, Dkt. # 42, Mot. for Prel. Inj. at pgs. 14-15 (July 13, 2023).)

The court rejected this argument: "It is not enough for the interception itself to have violated the law, the interception must be 'done for the purpose of facilitating some further impropriety' for the criminal or tortious exception to apply." 2023 WL 6882766, at *2 (N.D. Cal. Oct. 18, 2023) (quoting *Sussman v. Am. Broad. Cos., Inc.*, 186 F.3d 1200, 1202 (9th Cir. 1999)).

Rush respectfully submits the *Doe I* decision is relevant as supplemental authority for the Court's consideration of Rush's opposition brief to plaintiffs' second motion for leave to amend, Dkt. # 73, at pgs. 7-8. (*See also* 2d Prop. Am. Compl. ¶ 318(a)-(e).)

A copy of the decision is attached as Exhibit A.

Dated: October 24, 2023

Respectfully submitted,

By: /s/ David Carney
*Counsel for Defendant Rush System for Health*

Bonnie Keane DelGobbo
bdelgobbo@bakerlaw.com
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 416-6200
Facsimile: (312) 416-6201
Firm No. 46365

David A. Carney
dcarney@bakerlaw.com
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: (216) 861-7634

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on October 24, 2023, a true and correct copy of the foregoing *Notice of Supplemental Authority* was served on counsel of record via the Court's electronic filing system.

*/s/* David Carney
*Counsel for defendant Rush System for Health*