**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARGUERITE KUROWSKI and BRENDA MCCLENDON, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUSH SYSTEM FOR HEALTH d/b/a RUSH UNIVERSITY SYSTEM FOR HEALTH,<br><br>*Defendant*. | Case No. 22 Civ. 5380 (MFK) |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PENDING MOTION FOR LEAVE (ECF No. 67)**

Plaintiffs hereby provide the Court with supplemental notice of new authority. In its recent opposition to Plaintiffs' Motion for Leave to File a Second Amended Complaint, Defendant Rush cited *Cousin v. Sharp Healthcare*, 2023 WL 448441, at *3 (N.D. Cal. Jul. 12, 2023) for its argument that disclosure on "publicly facing" websites are not actionable. *See* Dkt. 73 at 9.

Just last week, however, on November 17, 2023, the *Cousin* Court held that the plaintiffs' amended complaint plausibly alleged unauthorized disclosures of personal health information, *even though their allegations were limited to use of the Meta Pixel on "unauthenticated" webpages*, because the plaintiff alleged she had used the website to "search for a primary care physician," "particular medical conditions," and "doctors who specialize" in certain conditions or their symptoms, treatments, and procedures. *Id.* at 5. The Court therefore found that the Plaintiffs' "interactions on Defendants' website, while 'unauthenticated' or publicly facing, plausibly involve PHI." *Id.*

Here, Plaintiffs' proposed Second Amended Complaint alleges both that Rush deployed the Meta Pixel and Google surveillance tools on "public" pages about doctors, conditions, treatments, and the patient portal login (*see*, *e.g.* Dkt. 67, Appendix A at 130-351, list of 3,890 communications with patients that Rush exposed to Meta and Google; ¶ 75 ("Plaintiff McClendon has over 50 instances of Rush sending such communications event information to Facebook from her activity on www.rush.edu")), and inside the patient portal (*see* Dkt. 67, ¶ 32 ("Rush . . . knowingly and secretly deploy[ed] Google source code throughout its web properties, including inside the MyChart patient portal.")).

Plaintiffs respectfully request the Court grant leave to file the Second Amended Complaint.

Dated: November 20, 2023

Respectfully submitted,

*/s/ Corban Rhodes*

**DICELLO LEVITT LLP**
Corban Rhodes
David Straite*
485 Lexington Ave., 10th Floor
New York, New York 10017
Tel.: (646) 933-1000
Fax.: (646) 494-9648
dstraite@dicellolevitt.com
crhodes@dicellolevitt.com

**DICELLO LEVITT LLP**
Adam J. Levitt
Amy E. Keller
Nada Djordjevic
Sharon Cruz
Ten North Dearborn St., Sixth Floor
Chicago, Illinois 60602
Tel.: (312) 214-7900
Fax.: (312) 253-1443
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
scruz@dicellolevitt.com

**SIMMONS HANLY CONROY**
Jason 'Jay' Barnes
Eric S. Johnson
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
ejohnson@simmonsfirm.com

***Attorneys for Plaintiffs***

*Admitted *pro hac vice*