**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | | |
|---|---|---|
| MARGUERITE KUROWSKI and BRENDA MCCLENDON, individually and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | Case No. 1:22-cv-05380 |
| v. | ) | The Honorable Matthew F. Kennelly, Judge |
| RUSH SYSTEM FOR HEALTH d/b/a RUSH UNIVERSITY SYSTEM FOR HEALTH, | ) | |
| Defendant. | ) | |

**RUSH SYSTEM FOR HEALTH'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, TO CERTIFY FOR INTERLOCUTORY APPEAL**

Defendant Rush System for Health respectfully moves the Court to enter judgment as a matter of law on the entirety of plaintiffs' Second Amendment Complaint (Dkt. # 86) under Rule 12(c) of the Federal Civil Rules. In the alternative, Rush moves the Court to certify the following question to the Seventh Circuit for interlocutory appeal under 28 U.S.C. § 1292(b), as may be modified by the Court in its discretion: "Whether the federal Wiretap Act's tortious or criminal conduct exception bars plaintiffs' federal claim under the statute, as alleged in Count I of their Second Amended Complaint (Dkt. # 86, 2d Am. Compl. ¶¶ 301-348)."

Rush is submitting a memorandum in support of this motion contemporaneously with this filing, explaining further the grounds for this motion, which is incorporated by reference herein. Counsel for Rush is further available for oral argument to address the issues raised by this motion to the extent desired and at the convenience of the Court.

Dated: January 3, 2024

Respectfully submitted,

By: */s/ David Carney*
*Counsel for Defendant Rush System for Health*

David Carney
dcarney@bakerlaw.com
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: (216) 861-7634

Bonnie Keane DelGobbo
bdelgobbo@bakerlaw.com
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 416-6200
Facsimile: (312) 416-6201
Firm No. 46365

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on January 3, 2024, a true and correct copy of the foregoing *Motion for Judgment on the Pleadings or In the Alternative to Certify for Interlocutory Appeal* was served on all counsel of record via electronic mail, and filed electronically via the Court's electronic filing system today.

*/s/ David Carney*
*Counsel for Defendant Rush System for Health*