**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION**

| | | |
|---|---|---|
| MARGUERITE KUROWSKI and BRENDA MCCLENDON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>*v.*<br><br>RUSH SYSTEM FOR HEALTH d/b/a RUSH UNIVERSITY SYSTEM FOR HEALTH,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:22-cv-05380<br><br>The Honorable Matthew F. Kennelly, Judge |

**RUSH SYSTEM FOR HEALTH EMERGENCY MOTION FOR STATUS**

Defendant Rush System for Health (Rush) files this emergency motion for status conference to address scheduling issues with the Court. The reason for the emergency nature is that six Rush witness depositions are scheduled over the next two weeks, beginning on Tuesday, February 12. Just last night, however, Rush learned for the first time that plaintiffs also intend to file a motion to compel additional documents for production from Rush. (*See* Ex. A, 8:31 p.m. email re. *Joint Status Report*.) Rush does not want to have these witnesses sit for deposition, only to have plaintiffs claim their depositions need to held opened or reopened pending the Court's ruling on plaintiffs' motion to compel, should that motion be granted.

More broadly, Rush also has a motion for judgment on the pleadings and in the alternative for interlocutory appeal pending. (Dkt. # 91 & 92.) This motion could potentially be dispositive of the entire case or at least send a portion of the case to the Seventh Circuit. (*Id.*, Dkt. # 92, Mem. in Supp. 7-11, 14-15.) Rush believes that if plaintiffs are intending to file a motion to compel the production of additional documents from Rush, the remainder of the scheduling order should be held in abeyance pending the Court's resolution of these two motions, with dates then to be reset if necessary following the Court's rulings.

Again, Rush apologizes to the Court for the emergency nature of this motion, but respectfully believes the Court's guidance would be helpful to the parties at this immediate point with depositions scheduled to begin on Tuesday. The undersigned counsel is available to be added to the Court's calendar this morning to discuss the above-stated issues. Counsel has a final fairness hearing in Essex County Superior Court, Massachusetts, at 1 p.m. central this afternoon, that should take approximately 1 hour, but is also otherwise available for status conference at the convenience of the Court.

This motion is,

Dated: February 8, 2024

Respectfully submitted,

By: /s/ *David Carney*
*Counsel for Defendants*

Bonnie Keane DelGobbo
bdelgobbo@bakerlaw.com
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 416-6200
Facsimile: (312) 416-6201
Firm No. 46365

David A. Carney
dcarney@bakerlaw.com
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Telephone: (216) 861-7634

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on February 8, 2024, a true and correct copy of the foregoing *Emergency Motion for Status Conference* was served on counsel of record via the Court's electronic filing system.

*/s/ David Carney*
*Counsel for Defendants*