**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARGUERITE KUROWSKI and BRENDA MCCLENDON, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUSH SYSTEM FOR HEALTH d/b/a/ RUSH UNIVERSITY SYSTEM FOR HEALTH,<br><br>*Defendant*. | Case No. 1:22-cv-05380<br><br>The Honorable Matthew F. Kennelly |

**PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Pursuant to Federal Rules of Civil Procedure 26 and 37, Plaintiffs, by and through undersigned counsel, respectfully move the Court for an order (1) compelling Defendant to apply the ESI Search Terms provided to Rush in August 2023 to search for and produce documents; (2) compelling Defendant to expand the time period used to search for and produce documents to October 1, 2005-April 30, 2006, and January 1, 2016 through the present; (3) granting Plaintiffs leave to re-depose witnesses whose depositions have already been scheduled regarding any additional documents produced by Rush after February 15, 2024, and to issue new deposition notices or subpoenas for any new potential witnesses identified in the additional documents to be produced by Rush; and (4) ordering Defendant to pay Plaintiffs' costs and fees incurred when seeking the discovery sought herein and for bringing this motion. In support of this motion, Plaintiffs file the accompanying supporting memorandum, supporting declaration, and the exhibits attached thereto. Plaintiffs separately submit a Proposed Order for the Court's consideration.

Pursuant to Local Rule 37.2, Plaintiffs' counsel certifies that the movant has in good faith met and conferred with Defendant's counsel in an effort to obtain relief without court action, and the parties are unable to reach accord. Specifically, Plaintiffs sent Defendant three deficiency letters concerning its document production on November 16, 2023, December 8, 2023, and January 18, 2024, respectively. Plaintiffs' counsel Nada Djordjevic and Defendant's counsel Dave Carney also met and conferred via email multiple times, including: December 12, 2023, December 15, 2023, December 21, 2023, December 28, 2023, January 2, 2024, January 17, 2024, and January 24, 2024. And they met and conferred via teleconference on multiple occasions, including: December 1, 2023, December 14-15, 2023, December 21, 2023, January 2, 2024, January 8, 2024, and January 29, 2024, but the parties remain unable to reach accord.

Dated: February 8, 2024

Respectfully submitted,

*/s/ Nada Djordjevic*

**DICELLO LEVITT LLP**
Adam J. Levitt
Amy E. Keller
Nada Djordjevic
Ten North Dearborn St., Sixth Floor
Chicago, Illinois 60602
Tel.: (312) 214-7900
Fax.: (312) 253-1443
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com

**DICELLO LEVITT LLP**
David A. Straite*
Corban Rhodes
485 Lexington Ave., 10th Floor
New York, New York 10017
Tel.: (646) 933-1000
Fax.: (646) 494-9648
dstraite@dicellolevitt.com
crhodes@dicellolevitt.com

**SIMMONS HANLY CONROY**
Jason ‘Jay’ Barnes*
Eric S. Johnson
112 Madison Ave., 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
ejohnson@simmonsfirm.com

* Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon the counsel of record listed below by email on February 8, 2024:

Bonnie Keane DelGobbo
BAKER & HOSTETLER LLP
bdelgobbo@bakerlaw.com

David Carney
BAKER & HOSTETLER LLP
dcarney@bakerlaw.com

*/s/ Nada Djordjevic*
Nada Djordjevic