**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARGUERITE KUROWSKI and BRENDA MCCLENDON, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUSH SYSTEM FOR HEALTH d/b/a/ RUSH UNIVERSITY SYSTEM FOR HEALTH,<br><br>*Defendant*. | Case No. 1:22-cv-05380<br><br>The Honorable Matthew F. Kennelly |

**PLAINTIFFS' RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Plaintiffs respectfully request that the Court hear in person oral argument on the following motion at the status hearing scheduled on May 24, 2024.

Pursuant to Federal Rules of Civil Procedure 26 and 37, Plaintiffs, by and through undersigned counsel, respectfully move the Court for an order (1) compelling Defendant Rush System for Health to apply the Revised ESI Search Terms negotiated and agreed to by the parties to search for and produce documents; (2) compelling Defendant to comply with the parties' agreement to expand the time period used to search for and produce documents to October 1, 2005-April 30, 2006, and January 1, 2016 through February 15, 2023; (3) compelling Defendant to expand the custodians for the ESI search to, as agreed, include Mark Donahue; and (4) ordering Defendant to pay Plaintiffs' costs and fees incurred in connection with the February-April 2024 meet and confer process, when seeking the discovery sought herein, and for bringing this motion. In support of this motion, Plaintiffs file the accompanying supporting memorandum, supporting

declaration, and the exhibits attached thereto. Plaintiffs separately submit a Proposed Order for the Court's consideration.

Pursuant to Local Rule 37.2, Plaintiffs' counsel certifies that the movant has in good faith met and conferred with Defendant's counsel in an effort to obtain relief without court action, and the parties are unable to reach accord. Specifically, the parties met in person immediately after the February 13, 2024 hearing and provisionally agreed on the following relevant time period for discovery from Rush: October 1, 2005 through April 30, 2006, and January 1, 2016 through February 15, 2023, contingent upon the parties being able to negotiate reasonable search terms for use in searching within those time periods. The parties informed the Court of this agreement in the joint status report filed on February 16, 2024 (ECF 107). Over the next two-and-a-half months, the parties continued to meet and confer via email and telephone regarding the contested ESI Search Terms, ultimately coming to an agreement on Revised ESI Search Terms on April 19, 2024. At 8:28 pm on April 25, 2024, Rush reneged on the parties' agreements and once again refused to search for or produce responsive documents outside of the time period of January 1, 2020 through September 30, 2022 or to produce certain witnesses for deposition.

The parties met and conferred via email and teleconference on multiple occasions, including: February 13-15, 22-23, 26-27, and 29, 2024, March 1, 4, 7, 10-13, 15, 18-22, 25-27, 2024, and April 1, 3-5, 8, 10, 12, 18-19, 22-25-26, and 29-30, 2024, but the parties remain unable to reach accord given Defendant's last minute reversion to its position from early February despite Defendant's prior agreement to the Revised ESI Search Terms, Expanded Period, and additional custodian..

Dated: April 30, 2024

Respectfully submitted,

*/s/ Nada Djordjevic*
**DICELLO LEVITT LLP**

Adam J. Levitt
Amy E. Keller
Nada Djordjevic
Ten North Dearborn St., Sixth Floor
Chicago, Illinois 60602
Tel.: (312) 214-7900
Fax.: (312) 253-1443
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com

**DICELLO LEVITT LLP**
David A. Straite*
Corban Rhodes
485 Lexington Ave., 10th Floor
New York, New York 10017
Tel.: (646) 933-1000
Fax.: (646) 494-9648
dstraite@dicellolevitt.com
crhodes@dicellolevitt.com

**SIMMONS HANLY CONROY**
Jason 'Jay' Barnes*
Eric S. Johnson
112 Madison Ave., 7th Floor
New York, NY 10016
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
ejohnson@simmonsfirm.com

* Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon the counsel of record listed below by email on April 30, 2024:

Bonnie Keane DelGobbo
BAKER & HOSTETLER LLP
bdelgobbo@bakerlaw.com

David Carney
BAKER & HOSTETLER LLP
dcarney@bakerlaw.com

*/s/ Nada Djordjevic*
Nada Djordjevic