**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARGUERITE KUROWSKI and BRENDA MCCLENDON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RUSH SYSTEM FOR HEALTH D/B/A RUSH UNIVERSITY SYSTEM FOR HEALTH,<br><br>Defendant. | CASE NO. 1:22-cv-05380<br><br>HON. MATTHEW F. KENNELLY, JUDGE |

**NOTICE OF AGREEMENT IN PRINCIPLE TO SETTLE**

Plaintiffs Marguerite Kurowski and Brenda McClendon respectfully provide Notice to the Court that the parties have executed an agreement in principle to settle this matter on a class-wide basis. The parties have agreed that a final settlement agreement will be completed within thirty (30) days. Plaintiffs will thereafter move for preliminary Court approval of the settlement and certification of a settlement class pursuant to Rule 23(b)(2).

Dated: August 26, 2024

Respectfully Submitted,

*/s/ David A. Straite*

**DICELLO LEVITT LLP**
Adam J. Levitt
Amy E. Keller
Nada Djordjevic
Julia K. Veeser
Ten North Dearborn St., Sixth Floor
Chicago, Illinois 60602
Tel.: (312) 214-7900
Fax.: (312) 253-1443
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
jveeser@dicellolevitt.com

**DiCELLO LEVITT LLP**
David A. Straite (admitted *pro hac vice*)
Corban Rhodes
485 Lexington Ave., 10th Floor
New York, NY 10017
Tel.: (646) 933-1000
Fax.: (646) 494-9648
dstraite@dicellolevitt.com
crhodes@dicellolevitt.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes
Eric Johnson
Jennifer Paulson
112 Madison Avenue, 7th Floor
New York, NY 10016-7416
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
ejohnson@simmonsfirm.com
jpaulson@simmonsfirm.com

***Counsel for Plaintiffs and the Proposed Class***

**CERTIFICATE OF SERVICE**

I certify that on August 26, 2024, I caused to be filed the foregoing document with the Court's ECF system. A copy will be sent electronically to all counsel of record by operation of the ECF system.

*/s/ David A. Straite*
David Straite