# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARGUERITE KUROWSKI and BRENDA MCCLENDON, on behalf of herself and others similarly situated, | Case No. 1:22-cv-05380 |
| Plaintiffs, | The Honorable Matthew F. Kennelly, Judge |
| vs. | |
| RUSH SYSTEM FOR HEALTH d/b/a RUSH UNIVERSITY SYSTEM FOR HEALTH, | |
| Defendant. | |

### PLAINTIFFS' MOTION FOR 1) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; 2) CERTIFICATION OF SETTLEMENT CLASS; AND 3) APPOINTMENT OF SETTLEMENT CLASS REPRESENTATIVES AND SETTLEMENT CLASS COUNSEL

Plaintiffs Marguerite Kurowski and Brenda McClendon (the "Plaintiffs") respectfully move for an Order pursuant to Rule 23 of the Federal Rules of Civil Procedure ("Rule 23"): (i) preliminarily approving the proposed Settlement and Settlement Agreement ("Agreement" or "Settlement"); (ii) certifying an injunction-only class for settlement purposes; (iii) appointing Plaintiffs as settlement class representatives; (iv) appointing settlement class counsel; and (iv) setting a final approval briefing schedule and scheduling a final fairness hearing before the Court.

The proposed Settlement provides for an injunction providing the *full* prospective relief sought by Plaintiffs; namely, Defendant Rush System for Health ("Defendant" or "Rush") has agreed to remove "any remaining vestiges" of tracking technologies from its website and patient portal that Plaintiffs contend caused HIPAA-protected personal information to be transmitted to

third parties, including Facebook, Google, Amazon, TikTok, and others. Rush will be able to transition to HIPAA-compliant third-party companies to perform analytics and de-identifying functions on Rush's websites, so long as Rush has a Business Associate Agreement with the third-party. And while the Plaintiffs are personally releasing any and all money damage claims, no other class members are. The class *release* carefully matches the class *relief*.

This Motion is based on the accompanying Memorandum of Law; the Joint Declaration of proposed lead settlement class counsel Jason "Jay" Barnes and Nada Djordjevic dated September 30, 2024 (the "Joint Declaration"), including its attached exhibits (including the Settlement Agreement dated September 26, 2024 and the Proposed Order); the pleadings and records on file in this Action; and other such matters and argument as the Court may consider at the hearing of this motion.

Dated: September 30, 2024                    Respectfully Submitted,

                                                                                                      */s/ Nada Djordjevic*
**DiCELLO LEVITT LLP**
Adam J. Levitt
Amy E. Keller
Nada Djordjevic
Julia K. Veeser
Ten North Dearborn St., Sixth Floor
Chicago, Illinois 60602
Tel.: (312) 214-7900
Fax.: (312) 253-1443
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
jveeser@dicellolevitt.com

**DiCELLO LEVITT LLP**
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
485 Lexington Ave., 10th Floor
New York, NY 10017
Tel.: (646) 933-1000
Fax.: (646) 494-9648

2

dstraite@dicellolevitt.com
crhodes@dicellolevitt.com

**SIMMONS HANLY CONROY LLC**

  */s/ Jay Barnes*
Jason 'Jay' Barnes (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
Jenny Paulson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016-7416
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
ejohnson@simmonsfirm.com
jpaulson@simmonsfirm.com

***Counsel for Plaintiffs and the Proposed Settlement Class***

## SIGNATURE ATTESTATION

Pursuant to the United States District Court for the Northern District of Illinois' General Order on Electronic Case Filing, General Order 16-0020(IX)(C)(2), I hereby certify that authorization for the filing of this document has been obtained from the signatories shown above and that each signatory concurs in the filing's content.

                                                                          */s/ Nada Djordjevic*
                                                            **DICELLO LEVITT LLP**
                                                            Nada Djordjevic

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed using this Court's CM/ECF service, which will send notification of such filing to all counsel of record this 30th day of September, 2024.

                                                */s/ Nada Djordjevic*
                                                **DiCELLO LEVITT LLP**
                                                Nada Djordjevic