**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARGUERITE KUROWSKI and BRENDA MCCLENDON, on behalf of herself and others similarly situated, | Case No. 1:22-cv-05380 |
| Plaintiffs, | The Honorable Matthew F. Kennelly, Judge |
| vs. | |
| RUSH SYSTEM FOR HEALTH d/b/a RUSH UNIVERSITY SYSTEM FOR HEALTH, | |
| Defendant. | |

**JOINT DECLARATION OF JAY BARNES AND NADA DJORJEVIC IN SUPPORT OF PLAINTIFFS' MOTION FOR 1) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; 2) CERTIFICATION OF SETTLEMENT CLASS; AND 3) APPOINTMENT OF SETTLEMENT CLASS REPRESENTATIVES AND SETTLEMENT CLASS COUNSEL**

We, Jason "Jay" Barnes and Nada Djordjevic, jointly declare and state as follows:

1. I, Jay Barnes, am admitted to practice before this Court *pro hac vice*. I am a partner with the firm of Simmons Hanly Conroy LLC.

2. I, Nada Djordjevic, am admitted to practice before this Court. I am a partner with the firm of DiCello Levitt LLP.

3. We are proposed co-lead settlement class counsel for the proposed settlement class representatives plaintiffs and the proposed settlement class. We have personal knowledge of the facts stated herein and of the claims, defenses, and proceedings in this case. If called as witnesses, we would and could competently testify thereto.

4. We respectfully submit this joint declaration in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement filed September 30, 2024.

5. Attached as **EXHIBIT A** is a true and correct copy of the executed Settlement Agreement dated September 25, 2024 (and executed by counsel for all parties on September 26, 2024) (the "Settlement Agreement"). The Settlement Agreement consists of the entire agreement between and among the parties, and there are no separate side-deals.

6. Attached as **EXHIBIT B** is a true and correct copy of the jointly negotiated Proposed Order Granting Preliminary Approval (also attached as Exhibit 1 to the Settlement Agreement).

7. Attached as **EXHIBIT C** is a biography of Nada Djordjevic including the Data Privacy and Cybersecurity practice at DiCello Levitt LLP.

8. Attached as **EXHIBIT D** is a biography of Jay Barnes including the Data Privacy and Cybersecurity practice at Simmons Hanly Conroy LLC.

9. Plaintiffs Marguerite Kurowski and Brenda McClendon approved the terms of this settlement, prior to being informed that their counsel would be seeking Service Awards. This was done to avoid even the appearance of collusion. Similarly, the Settlement Agreement authorizes Plaintiffs to seek reimbursement of fees and expenses (up to the cap in Paragraph 6.2 of the Settlement Agreement) but Rush retains the right to respond or even oppose the motion. This lack of "clear sailing" was also incorporated into the settlement process to avoid even the appearance of any collusion.

10. In 2018, Mr. Barnes began investigating and rigorously pursuing alleged privacy violations against healthcare providers for their use of tracking technologies like the Facebook Pixel on hospital websites. Mr. Barnes represented various plaintiffs in the first medical privacy cases related to these tracking technologies.

11. On September 30, 2022, Mr. Barnes and Ms. Djordjevic filed the instant action following an inspection of web traffic during a visit to the Rush Hospital website.

12. The parties began settlement discussions several months ago, but only after substantial completion of document discovery. The parties explored several possible options for injunctive relief including the full prospective relief detailed in the Settlement Agreement.

13. The parties engaged in extensive discovery allowing both sides to enter into settlement discussions on an informed basis. Specifically:

a. Defendant Rush made 15 separate document productions in 2023 and 2024, consisting of 130,884 pages of documents, including website logs confirming logins/logouts of each Plaintiff on the Rush patient portal, and including information sufficient to calculate the size of the proposed class, which Plaintiffs believe exceeds 500,000 people.

b. Third Party "A" produced 283,853 pages of documents in early 2024.

c. Third Party "B" produced 72,254 pages of documents in early 2024.

d. Plaintiffs produced a combined 456 pages of documents in early 2024.

Dated: September 30, 2024

**DiCELLO LEVITT LLP**

*/s/ Nada Djordjevic*
Nada Djordjevic
Ten North Dearborn St., Sixth Floor
Chicago, Illinois 60602
Tel.: (312) 214-7900
Fax.: (312) 253-1443
ndjordjevic@dicellolevitt.com

**SIMMONS HANLY CONROY LLC**

*/s/ Jay Barnes*
Jason 'Jay' Barnes (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016-7416
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com

## SIGNATURE ATTESTATION

Pursuant to the United States District Court for the Northern District of Illinois' General Order on Electronic Case Filing, General Order 16-0020(IX)(C)(2), I hereby certify that authorization for the filing of this document has been obtained from the signatories shown above and that each signatory concurs in the filing's content.

*/s/ Nada Djordjevic*
**DICELLO LEVITT LLP**
Nada Djordjevic

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed using this Court's CM/ECF service, which will send notification of such filing to all counsel of record this 30th day of September, 2024.

*/s/ Nada Djordjevic*
**DiCELLO LEVITT LLP**
Nada Djordjevic