IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARGUERITE KUROWSKI and BRENDA MCCLENDON, on behalf of herself and others similarly situated, | ) ) ) ) |
| | Case No. 1:22-cv-05380 |
| Plaintiffs, | ) ) |
| vs. | The Honorable Matthew F. Kennelly, Judge |
| RUSH SYSTEM FOR HEALTH d/b/a RUSH UNIVERSITY SYSTEM FOR HEALTH, | ) ) ) ) |
| Defendant. | ) ) |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FINAL CERTIFICATION OF SETTLEMENT CLASS**

Pursuant to Federal Rule of Civil Procedure 23(e), and for the reasons set forth in the accompanying Memorandum in Support of Final Approval of Class Action Settlement and Final Certification of Settlement Class (and in the Joint Declaration of Settlement Class Counsel and exhibits thereto), Plaintiffs and Settlement Class Representatives Marguerite Kurowski and Brenda McClendon respectfully move this Court for an order granting final approval of the proposed class action Settlement and granting final certification of the Settlement Class. The Court has set a hearing on the motion for December 17, 2024, at 9:15am.

Dated: November 15, 2024            Respectfully Submitted,

                                                 */s/ Nada Djordjevic*
                                           **DICELLO LEVITT LLP**
                                           Adam J. Levitt
                                           Amy E. Keller
                                           Nada Djordjevic
                                           Julia K. Veeser
                                           Ten North Dearborn St., Sixth Floor
                                           Chicago, Illinois 60602

Tel.: (312) 214-7900
Fax.: (312) 253-1443
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
jveeser@dicellolevitt.com

**DICELLO LEVITT LLP**
David A. Straite (admitted *pro hac vice*)
Corban Rhodes (admitted *pro hac vice*)
485 Lexington Ave., 10th Floor
New York, NY 10017
Tel.: (646) 933-1000
Fax.: (646) 494-9648
dstraite@dicellolevitt.com
crhodes@dicellolevitt.com

**SIMMONS HANLY CONROY LLP**

      */s/ Jay Barnes*
Jason 'Jay' Barnes (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
Jenny Paulson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016-7416
Tel.: (212) 784-6400
Fax: (212) 213-5949
jaybarnes@simmonsfirm.com
ejohnson@simmonsfirm.com
jpaulson@simmonsfirm.com

*Settlement Class Counsel*

## **SIGNATURE ATTESTATION**

Pursuant to the United States District Court for the Northern District of Illinois' General Order on Electronic Case Filing, General Order 16-0020(IX)(C)(2), I hereby certify that authorization for the filing of this document has been obtained from the signatories shown above and that each signatory concurs in the filing's content.

                                                   */s/ Nada Djordjevic*
                                                   **DICELLO LEVITT LLP**
                                                   Nada Djordjevic

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed using this Court's CM/ECF service, which will send notification of such filing to all counsel of record this 15th day of November, 2024.

          */s/ Nada Djordjevic*
**DICELLO LEVITT LLP**
Nada Djordjevic