# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Marguerite Kurowski, et al.
                              Plaintiff,

v.                                           Case No.: 1:22−cv−05380
                                                                Honorable Matthew F. Kennelly

Rush System for Health
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 17, 2024:

       MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 12/17/2024. Plaintiffs' motions for final approval of class action settlement [153] and for attorneys' fees [155] are granted. Orders to follow. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.